UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL COLEMAN,<br><br>        Petitioner,<br><br>   v.<br><br>KELLY SANTORO, Acting Warden,[1]<br><br>        Respondent. | Case No. CV 24-10423 JLS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge.

    IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action without prejudice.

---

[1] Kelly Santoro, Acting Warden at Salinas Valley State Prison (SVSP), where Petitioner is currently incarcerated, is substituted for her predecessor. Fed. R. Civ. P. 25(d).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 28, 2025

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE