JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL COLEMAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KELLY SANTORO, Acting Warden,[1]<br><br>　　　　Respondent. | Case No. CV 24-10423 JLS (PVC)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice for lack of jurisdiction.

DATED: March 28, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Kelly Santoro, Acting Warden at Salinas Valley State Prison (SVSP), where Petitioner is currently incarcerated, is substituted for her predecessor. Fed. R. Civ. P. 25(d).